Udylite Corporation, Appellant, *v.* Philadelphia Zoning Board of Adjustment.

Argued January 5, 1959. Before JONES, C. J., MUS-MANNO, JONES, COHEN and McBRIDE, JJ.

*D. Arthur Magaziner,* with him *Milton A. Feldman,* and *Sterling, Magaziner, Stern & Levy,* for appellants.

*James L. Stern,* Deputy City Solicitor, with him *Gordon Cavanaugh,* Assistant City Solicitor, and *David Berger,* City Solicitor, for appellee.

OPINION PER CURIAM, March 16, 1959:
The judgment in the above captioned case is affirmed on the opinion of Judge SPORKIN of Court of Common Pleas No. 2 of Philadelphia County.